# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The premises at 8511 Kentucky Avenue, Raytown, Missouri, and the person of Isaiah Lewis, if located at said premises, both further described in Attachment A. | Case No. 22-SW-00649-JAM |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The premises at 8511 Kentucky Avenue, Raytown, Missouri, and the person of Isaiah Lewis, if located at said premises, both further described in Attachment A.

located in the __Western__ District of __Missouri__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(d) | Extortion. |
| 18 U.S.C. § 871 | Conspiracy to Commit Extortion. |

The application is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Ashley D.*
Applicant's signature

Ashley Davis, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me via reliable electronic means.

Date: October 14, 2022

*/s/ Jill A. Morris*
Judge's signature

City and state: Kansas City, Missouri

Honorable Jill A. Morris, United States Magistrate Judge
*Printed name and title*